# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ORVILLE SMITH, | : | Case No. 3:23-cv-218 |
| Plaintiff, | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| WAL-MART SUPERCENTER #3783, *et al.*, | : | |
| Defendants. | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Caroline H. Gentry (Doc. No. 9), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that this matter be **REMANDED** to the Court of Common Pleas of Montgomery County.  The Clerk is directed to terminate this matter on the docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, January 4, 2024.

                                                                s/Thomas M. Rose
                                                        _____
                                                            THOMAS M. ROSE
                                                    UNITED STATES DISTRICT JUDGE